**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GREGORY BLADE,** *et al* | : CIVIL ACTION |
| | : |
| v. | : NO. 25-6645 |
| | : |
| **SIG SAUER, INC** | : |

## ORDER

**AND NOW**, this 5th day of March 2026, upon considering Defendant's Motion to dismiss for lack of personal jurisdiction and improper venue (ECF 8), Plaintiffs' Opposition (ECF 13), Defendant's Reply (ECF 14), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF 8) is **DENIED** requiring Defendant file an Answer on or before **March 19, 2026**.

_____
**KEARNEY, J.**