## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREGORY BLADE, *et al*                    :    CIVIL ACTION
                                          :
                v.                        :    NO. 25-6645
                                          :
SIG SAUER, INC                            :

## ORDER

**AND NOW**, this 5th day of March 2026, upon considering Defendant's Motion to sever and transfer (ECF 9), Plaintiffs' Opposition (ECF 12), Defendant's Reply (ECF 15), and for reasons in today's consolidated Memorandum addressing Defendant's arguments on dismissal and severance, it is **ORDERED** Defendant's Motion (ECF 9) is **DENIED** without prejudice.

_____
KEARNEY, J.