**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GREGORY BLADE**, *et al* | : CIVIL ACTION |
| | : |
| v. | : NO. 25-6645 |
| | : |
| **SIG SAUER, INC** | : |

## ORDER

**AND NOW**, this 8th day of April 2026, following extensive oral argument upon Defendant's Motion for reconsideration or certification (ECF 25), Plaintiffs' Opposition (ECF 35), Defendant's Reply (ECF 43), the *amicus* memorandum (ECF 40), and for several reasons detailed on the record today partially informed by counsel's responses during oral argument, it is **ORDERED** Defendant's Motion (ECF 25) is **DENIED**.

_____
KEARNEY, J.